UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA JOSEFINA QUINONES, JOSEFINA METIVIER WILLMORE, JUAN ARCADOIO VICTORIANO METIVIER, JOSE ENRIQUE ORELLANO, and JOSE L. VICTORIANO METIVIER,

Plaintiffs,

-v-

ABILENE MOTOR EXPRESS, LLC, KNIGHT TRANSPORTATION, INC., KEITH THOMPSON, and KNIGHT TRANSPORTATION,

Defendants.

CIVIL ACTION NO.: 22 Civ. 7086 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 8, 2022, the Court scheduled an initial conference for October 4, 2022, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") no later than one week before the conference, i.e., by September 27, 2022. (ECF No. 8 (the "September 8 Order")). The parties failed to file a PCMP in accordance with the September 8 Order. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **September 29, 2022**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, without argument.

Dated:   New York, New York
         September 28, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge