UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIA JOSEFINA QUINONES, JOSEFINA METIVIER WILLMORE, JUAN ARCADOIO VICTORIANO METIVIER, JOSE ENRIQUE ORELLANO, and JOSE L. VICTORIANO METIVIER,<br><br>Plaintiffs,<br><br>-v-<br><br>ABILENE MOTOR EXPRESS, LLC, KNIGHT TRANSPORTATION, INC., KEITH THOMPSON, and KNIGHT TRANSPORTATION,<br><br>Defendants. | CIVIL ACTION NO.: 22 Civ. 7086 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference scheduled for Wednesday, May 3, 2023, at 11:00 am is ADJOURNED to **that same day at 12:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
         March 6, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**