UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA JOSEFINA QUINONES, JOSEFINA METIVIER WILLMORE, JUAN ARCADOIO VICTORIANO METIVIER, JOSE ENRIQUE ORELLANO, and JOSE L. VICTORIANO METIVIER,

          Plaintiffs,

-v-

ABILENE MOTOR EXPRESS, LLC, KNIGHT TRANSPORTATION, INC., KEITH THOMPSON, and KNIGHT TRANSPORTATION,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 7086 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 27, 2023, the Court directed the parties to file a joint letter reporting on the status of fact discovery by April 10, 2023. (ECF No. 16 at 1 (the "Mar. 27 Order")). To date, the parties have failed to comply with the Mar. 27 Order or to request an extension of time to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the status report by **April 13, 2023**.

Dated:    New York, New York
            April 12, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**