UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIA JOSEFINA QUINONES, JOSEFINA METIVIER WILLMORE, JUAN ARCADOIO VICTORIANO METIVIER, JOSE ENRIQUE ORELLANA, and JOSE L. VICTORIANO METIVIER,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>ABILENE MOTOR EXPRESS, KNIGHT TRANSPORTATION, KNIGHT TRANSPORTATION, INC. and KEITH THOMPSON,<br><br>                    Defendants. | 22-CV-7086 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:  June 28, 2023
        New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge